COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of G.W. and F.W.

Appellate case number:   01-18-00014-CV

Trial court case number:  2016-04109J

Trial court:                   313th District Court of Harris County

Appellant Anita Dozier filed a notice of appeal on January 5, 2018. The final decree of termination was signed on December 6, 2017. An appeal from a decree of termination is an accelerated appeal and the notice of appeal must be filed within 20 days after the final judgment or order is signed. *See* TEX. R. APP. P. 26.1(b); TEX. FAM. CODE § 263.405(a).  Thus, the notice of appeal in this case was due on December 27, 2017.

The court may extend the time to file a notice of appeal if, within 15 days after the deadline for filing the notice, the appellant files the notice of appeal together with a motion requesting an extension reasonably explaining the need for an extension. *See* TEX. R. APP. P. 26.3. Although a motion for extension is implied when an appellant tenders the notice of appeal within the 15-day period after the deadline, it is still necessary for the appellant to provide a reasonable explanation for the need for an extension. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Because appellant filed her notice of appeal within the 15-day period after it was due, a motion for extension was implied but she must file a motion for extension under Rule 26.3 explaining the need for an extension.

Accordingly, unless, **within 10 days of the date of this notice**, appellant responds in writing, providing a reasonable explanation for untimely filing the notice of appeal, the appeal may be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). A written response is required even if appellant has previously claimed her notice of appeal was timely filed.

It is so ORDERED.

Judge's signature: <u>/s/ Michael Massengale</u>

                    ☑ Acting individually    ☐ Acting for the Court

Date:  <u>February 1, 2018</u>